**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2023

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940

Thomasdunnlaw@aol.com

By ECF                                                                                                December 7, 2023

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

      Re: *United States v. Peeples*, et al.
          23 Cr. 141(VEC)
          Client: Demetrius Torry

Dear Judge Caproni:

    I represent Demetrius Torry in the above captioned case. A conference in this matter is scheduled for 10:30 a.m. on July 8th. I am engaged in a jury trial in *United States v. Starlin Nunez* before the Honorable Andrew L. Carter, Jr. I request that Your Honor permit Joshua Horowitz, Esq. to stand in for me for purposes of the conference. Mr. Horowitz advised he will stand in for me if Your Honor grants this request.

    I discussed this with my client, and he has no objection to this request.

    I apologize for the lateness of this letter.

    Thank you for your consideration of this request.

                                                   Respectfully yours,
                                                   /s/
                                                   Thomas F.X. Dunn

Cc: All Counsel (by ECF)

---

Application GRANTED.

SO ORDERED.

*[Signature: Valerie Caproni]*
12/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE