USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
-against- :
:
DEMETRIUS TORRY, : 23-CR-141 (VEC)
:
Defendant. : ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 15, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that a change-of-plea hearing in this matter will take place on **Friday, May 3, 2024, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:** April 15, 2024
New York, New York

VALERIE CAPRONI
United States District Judge