```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                               TRAVEL ORDER

                                                            23 Cr. 141 (VEC))

DEMETRIUS TORRY,
               Defendant.
-------------------------------------------------------x

       PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant Demetrius Torry to New York from Chicago, Illinois for a judicial proceeding on May 3, 2024.

       SO ORDERED,

Dated: April   25,   2024
New York, New York

                                                            _____
                                                            Honorable Valerie Caproni
                                                            United States District Judge