**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024
```

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

September 30, 2024

Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

   Re: *United States v. Demetrius Torry*
    23 Cr. 141 (VEC)

Dear Judge Caproni:

  I represent Demetrius Torry. His sentence is scheduled for November 1st at 10:30 A.M. I request a change in the time of the sentence to 2:30 P.M. in order Mr. Torry to travel roundtrip to and from Chicago on the same day. I understand Your Honor is available at 2:30 P.M.

  Thank you for your consideration of this request.

            Respectfully yours.
            /s/
            Thomas F.X. Dunn

---

Application GRANTED. Mr. Torry's sentencing is ADJOURNED to **Friday, November 1, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE