**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------
UNITED STATES OF AMERICA

                -against-

DEMETRIUS TORRY,
                Defendant.
-----------------------------------------------------------

Travel Order
23 Cr. 141 (VEC)

      PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant DEMETRIUS TORRY from Chicago, Illinois to New York City on October 31st or November 1st for judicial proceedings on November 1, 2024.

SO ORDERED.

*Valerie Caproni*  10/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE